**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Donald James Dimmick <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 17-13445 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of M&T BANK S/B/M WITH MANUFACTURERS & TRADERS TRUST COMPANY and index same on the master mailing list.

Respectfully submitted,

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734