**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DONALD JAMES DIMMICK | : | No. 17-13445-ref |
| Debtor | : | |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Date of Hearing:** **December 14, 2017**
**Time of Hearing:** **9:30 a.m.**

**Location:** **U.S. Bankruptcy Court**
**The Madison Building**
**3rd Floor, Courtroom 1**
**400 Washington Street**
**Reading, PA 19601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF NO RESPONSE AND**
**REQUEST FOR ENTRY OF ORDER**

I, Zachary Zawarski, Esquire, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Debtor's Motion to Avoid Judicial Lien of Discover Bank.  I further certify that the same was served together with the Notice of Motion to Avoid Judicial Lien, Response Deadline and Hearing Date and Proposed Order by first-class mail and/or electronic notification on November 22, 2017, to Discover Bank, Discover Bank's attorney, Michael J. Dougherty, Esquire, the Chapter 13 Trustee, and the U.S. Trustee.  The deadline for a response was December 6, 2017.  Debtor seeks the entry of an order granting the requested relief.

Date: <u>December 7, 2017</u>       By:  <u>*/s/ Zachary Zawarski*</u>
                                                                   ZACHARY ZAWARSKI, ESQUIRE
                                                                   3001 Easton Avenue
                                                                   Bethlehem, PA 18017
                                                                   Phone: (610) 417-6345
                                                                   Fax: (610) 465-9790
                                                                   zzawarski@zawarskilaw.com
                                                                   Attorney ID No.: 308348
                                                                   Attorney for Debtor