**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DONALD JAMES DIMMICK | : | No. 17-13445-ref |
| Debtor | : | |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Date of Hearing:**     **December 14, 2017**
**Time of Hearing:**     **9:30 a.m.**

**Location:**     U.S. Bankruptcy Court
The Madison Building
3rd Floor, Courtroom 1
400 Washington Street
Reading, PA 19601

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF NO RESPONSE AND**
**REQUEST FOR ENTRY OF ORDER**

I, Zachary Zawarski, Esquire, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Debtor's Motion to Avoid Judicial Lien of Manufacturers and Traders Trust Co.  I further certify that the same was served together with the Notice of Motion to Avoid Judicial Lien, Response Deadline and Hearing Date and Proposed Order by first-class mail and/or electronic notification on November 22, 2017, to Manufacturers and Traders Trust Co., Manufacturers and Traders Trust Co.'s attorney, Sarah A. Jarosh, Esquire, the Chapter 13 Trustee, and the U.S. Trustee.  The deadline for a response was December 6, 2017.  Debtor seeks the entry of an order granting the requested relief.

Date: <u>December 7, 2017</u>         By: <u>*/s/ Zachary Zawarski*</u>
                                                     ZACHARY ZAWARSKI, ESQUIRE
                                                     3001 Easton Avenue
                                                     Bethlehem, PA 18017
                                                     Phone: (610) 417-6345
                                                     Fax: (610) 465-9790
                                                     zzawarski@zawarskilaw.com
                                                     Attorney ID No.: 308348
                                                     Attorney for Debtor