**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DONALD JAMES DIMMICK | : | No. 17-13445-ref |
| Debtor | : | |
| | : | |

## ORDER

Upon the motion of Debtor to avoid a judicial lien filed in the Northampton County Court of Common Pleas, Case No. C-48-CV-2015-05275, in the matter of Manufacturers and Traders Trust Co. v. Bethlehem Automatic Transmissions Co. and Donald Dimmick in Debtor's exempt real property located at 758 Wood Street, Bethlehem, PA 18018, and upon Debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and upon Debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Manufacturers and Traders Trust Co. in Debtor's real property located at 758 Wood Street, Bethlehem, PA 18018 is totally and completely avoided to the extent that it impairs Debtor's exemption.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. § 349(b)(1)(B), that dismissal of this case reinstates any lien voided under 11 U.S.C. § 522.

**Date: December 11, 2017**

BY THE COURT:

_____
RICHARD E. FEHLING
United States Bankruptcy Judge