United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Donald James Dimmick  
    Debtor

Case No. 17-13445-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Dec 11, 2017  
                Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.
```
db             +Donald James Dimmick,    758 Wood Street,     Bethlehem, PA 18018-4441
13919120       +Manufacturers and Traders Trust Co.,    475 Crosspoint Parkway,    Getzville, NY 14068-1609
13919125       +Weber Gallagher,    Sarah A. Jarosh, Esq.,    2000 Market Street, Ste. 1300,
                 Philadelphia, PA 19103-3204
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 01:14:22      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KARINA  VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY  ZAWARSKI    on behalf of Debtor Donald James Dimmick zzawarski@zawarskilaw.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DONALD JAMES DIMMICK | : | No. 17-13445-ref |
| Debtor | : | |
| | : | |

## ORDER

Upon the motion of Debtor to avoid a judicial lien filed in the Northampton County Court of Common Pleas, Case No. C-48-CV-2015-05275, in the matter of Manufacturers and Traders Trust Co. v. Bethlehem Automatic Transmissions Co. and Donald Dimmick in Debtor's exempt real property located at 758 Wood Street, Bethlehem, PA 18018, and upon Debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and upon Debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Manufacturers and Traders Trust Co. in Debtor's real property located at 758 Wood Street, Bethlehem, PA 18018 is totally and completely avoided to the extent that it impairs Debtor's exemption.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. § 349(b)(1)(B), that dismissal of this case reinstates any lien voided under 11 U.S.C. § 522.

BY THE COURT:

**Date: December 11, 2017**

_____
RICHARD E. FEHLING
United States Bankruptcy Judge