**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Donald James Dimmick** | : | **Case No.: 17-13445** |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Richard E. Fehling** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |

## PRAECIPE TO WITHDRAW CREDITOR'S OBJECTION
## TO CONFIRMATION OF PLAN

Kindly withdraw the Objection to Confirmation of Plan that was filed on July 21, 2017, on behalf of Nationstar Mortgage LLC ("Creditor") at Docket number 16.

Respectfully submitted,

 /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-018302_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| **Donald James Dimmick** | :    Case No.: 17-13445 |
| | :    **Chapter 13** |
| Debtor(s). | :    **Judge Richard E. Fehling** |
| | :    * * * * * * * * * * * * * * * * * * * * * * |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Praecipe to Withdraw Creditor's Objection to Confirmation of Plan was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Frederick L. Reigle, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606

Zachary Zawarski, Attorney for Donald James Dimmick, 3001 Easton Avenue, Bethlehem, PA 18017, zzawarski@zawarskilaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February  15, 2018:

Donald James Dimmick, 758 Wood Street, Bethlehem, PA 18018

Donald James Dimmick, 758 Wood St, Bethlehem, PA 18018-4441


DATE:   2/15/18

                                              /s/ Karina Velter
                                        Karina Velter, Esquire (94781)
                                        Kimberly A. Bonner (89705)
                                        Adam B. Hall (323867)
                                        Sarah E. Barngrover (323972)
                                        Manley Deas Kochalski LLC
                                        P.O. Box 165028
                                        Columbus, OH  43216-5028
                                        Telephone: 614-220-5611


17-018302_JDD1

        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina
        Velter.
        Contact email is kvelter@manleydeas.com

17-018302_JDD1