## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EPA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Donald James Dimmick | |
| Debtor | CHAPTER 13 |
| | |
| M&T BANK S/B/M WITH MANUFACTURERS & TRADERS TRUST COMPANY, its successors and/or assigns | |
| Movant | |
| vs. | NO. 17-13445 REF |
| | |
| Donald James Dimmick | |
| Debtor | |
| | |
| Frederick L. Reigle Esq. | 11 U.S.C. Section 362 |
| Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of M&T BANK S/B/M WITH MANUFACTURERS & TRADERS TRUST COMPANY, which was filed with the Court on or about July 28, 2017, Document No. 17.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
kmcdonal@kmllawgroup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

February 22, 2018