## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DONALD JAMES DIMMICK, | : | |
| | : | DOCKET NO.: 17-13445-ref |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | WITHDRAWAL OF OBJECTION |
| | : | |
| v. | : | |
| | : | |
| DONALD JAMES DIMMICK, | : | |
| | : | RELATED TO DOCKET NO.: 33 |
| RESPONDENT | : | |

### CERTIFICATE OF SERVICE FOR WITHDRAWAL OF PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Withdrawal of Pennsylvania Department of Revenue's Certificate of Default, on the parties at the below addresses, on February 26, 2018 by:

**17-13445-ref Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Lisa Marie Ciotti at ecfmail@fredreighlech13.com, ecf_frpa@trustee13.com

Kevin G. McDonald at KMcDonald@blankrome.com

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Karen Velter at  amps@manleydeas.com

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

Zachary Zawarski at zzawarski@zawarskilaw.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

**17-13445-ref Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  23541

EXECUTED ON:  February 26, 2018

                                              Respectfully submitted by,

                              By:   /s/   Jim Peavler
                                         Counsel
                                         Office of Chief Counsel
                                         PA Department of Revenue
                                         Office of Chief Counsel
                                         PO Box 281061
                                         Harrisburg, PA 17128-1061
                                         Attorney I.D. 320663
                                         (717) 787-2747
                                         Facsimile (717) 772-1459
                                         jpeavler@pa.gov