**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DONALD JAMES DIMMICK | : | Bankruptcy No. 17-13445-ref |
| Debtor | : | |

## CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, this 26th day of March, 2018, Zachary Zawarski, Esquire, Attorney for Debtor, in the above-captioned bankruptcy proceeding, certifies as follows:

1. On March 2, 2018, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for Debtor.

2. Notice was served on the U.S. Trustee and all parties in interest as previously certified on March 2, 2018.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

WHEREFORE, Zachary Zawarski, Esquire, Attorney for Debtor, requests this Honorable Court enter the Order which was attached to the Application.

Dated: 3/26/2018          By:     */s/ Zachary Zawarski*
                                  ZACHARY ZAWARSKI, ESQUIRE
                                  3001 Easton Avenue
                                  Bethlehem, PA 18017
                                  Phone: (610) 417-6345
                                  Fax: (610) 465-9790
                                  zzawarski@zawarskilaw.com
                                  Attorney ID No.: 308348
                                  Attorney for Debtor