**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DONALD JAMES DIMMICK | : | Bankruptcy No. 17-13445-ref |
| Debtor | : | |

**ORDER APPROVING COMPENSATION**
**TO COUNSEL FOR DEBTOR**

Upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by counsel for Debtor, Zachary Zawarski, Esquire, in the amount of THREE THOUSAND and xx/100 Dollars ($3,000.00), of which ONE THOUSAND TWO HUNDRED and xx/100 Dollars ($1,200.00) has been paid and ONE THOUSAND EIGHT HUNDRED and xx/100 Dollars ($1,800.00) is unpaid, and the expenses charged in the amount of FORTY-NINE and 39/100 Dollars ($49.39), are hereby approved.

**Date: March 26, 2018**

BY THE COURT:

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE