United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Donald James Dimmick  
    Debtor

Case No. 17-13445-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4   User: Lisa   Page 1 of 1   Date Rcvd: Mar 26, 2018  
                Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2018.  
db        +Donald James Dimmick,   758 Wood Street,   Bethlehem, PA 18018-4441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 02:26:54     Synchrony Bank,  
         c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2018 at the address(es) listed below:  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JIM PEAVLER   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us  
        KARINA VELTER   on behalf of Creditor   NATIONSTAR MORTGAGE LLC amps@manleydeas.com  
        KEVIN G. MCDONALD   on behalf of Creditor   M&T Bank KMcDonald@blankrome.com  
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        ZACHARY ZAWARSKI   on behalf of Debtor Donald James Dimmick zzawarski@zawarskilaw.com  
                                                                                                                                                       TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DONALD JAMES DIMMICK | : | Bankruptcy No.  17-13445-ref |
| Debtor | : | |

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTOR

Upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by counsel for Debtor, Zachary Zawarski, Esquire, in the amount of THREE THOUSAND and xx/100 Dollars ($3,000.00), of which ONE THOUSAND TWO HUNDRED and xx/100 Dollars ($1,200.00) has been paid and ONE THOUSAND EIGHT HUNDRED and xx/100 Dollars ($1,800.00) is unpaid, and the expenses charged in the amount of FORTY-NINE and 39/100 Dollars ($49.39), are hereby approved.

**Date: March 26, 2018**

BY THE COURT:

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE