United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Donald James Dimmick
    Debtor

Case No. 17-13445-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Randi    Page 1 of 1    Date Rcvd: Oct 29, 2019
                 Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.
13957104       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
           (address filed with court:   Nationstar Mortgage LLC,    Attention: Bankruptcy Department,
        PO Box 619096,    Dallas TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:
        JIM    PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us
        KARINA    VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
        KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        ZACHARY    ZAWARSKI    on behalf of Debtor Donald James Dimmick zzawarski@zawarskilaw.com
                                               TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-13445-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Donald James Dimmick
758 Wood Street
Bethlehem PA 18018

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/29/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741 | U.S. Bank Trust National Association, not in its i<br>PO Box 814609<br>Dallas, TX  75381-4609 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/31/19

Tim McGrath
**CLERK OF THE COURT**