Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 17-13445-PMM**

DONALD JAMES DIMMICK  
758 WOOD STREET  
BETHLEHEM  PA    18018

Petition Filed Date: 05/15/2017  
341 Hearing Date: 06/27/2017  
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $470.00 | 17871019835 | 02/20/2019 | $470.00 | 17894280997 | 03/20/2019 | $470.00 | 17960598821 |
| 04/22/2019 | $470.00 | 17970583374 | 05/24/2019 | $470.00 | 108174804936 | 06/24/2019 | $470.00 | 425866 |
| 07/22/2019 | $470.00 | 17987923339 | 08/21/2019 | $470.00 | 425875 | 09/20/2019 | $470.00 | 425879 |
| 10/16/2019 | $470.00 | 419861 | 11/20/2019 | $470.00 | 419867 | 12/17/2019 | $470.00 | 419871 |
| 01/15/2020 | $470.00 | 419876 | 02/20/2020 | $470.00 | 419880 | 03/18/2020 | $470.00 | 419884 |
| 04/17/2020 | $470.00 | 419888 | 05/18/2020 | $470.00 | 419899 | 06/17/2020 | $470.00 | 419905 |
| 07/14/2020 | $470.00 | 419907 | | | | | | |

**Total Receipts for the Period: $8,930.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,240.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | FIDELITY CREDITOR SERVICES »» 006 | Unsecured Creditors | $619.93 | $0.00 | $619.93 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $950.81 | $0.00 | $950.81 |
| 5 | AMERICAN INFOSOURCE LP »» 005 | Unsecured Creditors | $20,400.00 | $0.00 | $20,400.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $13,515.21 | $0.00 | $13,515.21 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $1,572.93 | $0.00 | $1,572.93 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $8,056.64 | $0.00 | $8,056.64 |
| 10 | M&T BANK »» 010 | Mortgage Arrears | $12,640.45 | $7,398.74 | $5,241.71 |
| 2 | M&T BANK »» 002 | Unsecured Creditors | $47,648.70 | $0.00 | $47,648.70 |
| 7 | FAY SERVICING LLC »» 007 | Mortgage Arrears | $3,870.32 | $2,265.40 | $1,604.92 |
| 4 | PA DEPARTMENT OF REVENUE »» 04P | Priority Crediors | $132.20 | $132.20 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE »» 04S | Secured Creditors | $5,454.97 | $3,192.94 | $2,262.03 |
| 4 | PA DEPARTMENT OF REVENUE »» 04U | Unsecured Creditors | $31.00 | $0.00 | $31.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $7,579.05 | $0.00 | $7,579.05 |

| 12 | ZACHARY ZAWARSKI ESQ »» 012 | Attorney Fees | $1,849.39 | $1,849.39 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,240.00 | Current Monthly Payment: | $470.00 |
| Paid to Claims: | $14,838.67 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,401.33 | Total Plan Base: | $26,580.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.