# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Donald James Dimmick** | : | Case No.: 17-13445 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Patricia M. Mayer |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Nationstar Mortgage LLC** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

17-018302_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-13445** |
| **Donald James Dimmick** : | **Chapter 13** |
| : | **Judge Patricia M. Mayer** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Nationstar Mortgage LLC** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Donald James Dimmick** : | |
| : | |
| **Scott F. Waterman** : | |
| **Respondents.** : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com

Zachary Zawarski, Attorney for Donald James Dimmick, The Law Office of Zachary Zawarski, 3001 Easton Avenue, Bethlehem, PA  18017, zzawarski@zawarskilaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 7, 2021:

Donald James Dimmick, 758 Wood Street, Bethlehem, PA  18018

Donald James Dimmick, 758 Wood St, Bethlehem, PA  18018-4441

Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE  19850

M & T Bank, One Fountain Plaza, 3rd Floor, Buffalo, NY  14203

M & T Bank, One Fountain Plaza, 3rd Floor, Buffalo, NY  14203

17-018302_PS

Manufacturers and Traders Trust Co, 475 Crosspoint Parkway, Getzville, NY  14068

DATE: <u>March 7, 2021</u>

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

17-018302_PS