| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-13445-PMM**

DONALD JAMES DIMMICK
758 WOOD STREET
BETHLEHEM  PA    18018

Petition Filed Date: 05/15/2017
341 Hearing Date: 06/27/2017
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2020 | $470.00 | 419876 | 02/20/2020 | $470.00 | 419880 | 03/18/2020 | $470.00 | 419884 |
| 04/17/2020 | $470.00 | 419888 | 05/18/2020 | $470.00 | 419899 | 06/17/2020 | $470.00 | 419905 |
| 07/14/2020 | $470.00 | 419907 | 08/18/2020 | $470.00 | 419913 | 09/16/2020 | $470.00 | 419915 |
| 10/14/2020 | $470.00 | 419918 | 11/17/2020 | $470.00 | 419921 | 12/22/2020 | $470.00 | 419922 |
| 01/20/2021 | $470.00 | 419933 | 02/23/2021 | $470.00 | 419936 | 03/16/2021 | $470.00 | 419945 |
| 04/13/2021 | $470.00 | 419948 | 05/13/2021 | $470.00 | 419951 | | | |

**Total Receipts for the Period: $7,990.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,940.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | FIDELITY CREDITOR SERVICES »» 006 | Unsecured Creditors | $619.93 | $0.00 | $619.93 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $950.81 | $0.00 | $950.81 |
| 5 | AMERICAN INFOSOURCE LP »» 005 | Unsecured Creditors | $20,400.00 | $0.00 | $20,400.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $13,515.21 | $0.00 | $13,515.21 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $1,572.93 | $0.00 | $1,572.93 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $8,056.64 | $0.00 | $8,056.64 |
| 10 | M&T BANK »» 010 | Mortgage Arrears | $12,640.45 | $9,889.76 | $2,750.69 |
| 2 | M&T BANK »» 002 | Unsecured Creditors | $47,648.70 | $0.00 | $47,648.70 |
| 7 | FAY SERVICING LLC »» 007 | Mortgage Arrears | $3,870.32 | $3,028.11 | $842.21 |
| 4 | PA DEPARTMENT OF REVENUE »» 04P | Priority Crediors | $132.20 | $132.20 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE »» 04S | Secured Creditors | $5,454.97 | $4,267.93 | $1,187.04 |
| 4 | PA DEPARTMENT OF REVENUE »» 04U | Unsecured Creditors | $31.00 | $0.00 | $31.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $7,579.05 | $0.00 | $7,579.05 |
| 12 | ZACHARY ZAWARSKI ESQ »» 012 | Attorney Fees | $1,849.39 | $1,849.39 | $0.00 |

Page 1 of 2

**Chapter 13 Case No. 17-13445-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $20,940.00 | Current Monthly Payment: | $470.00 |
| Paid to Claims: | $19,167.39 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,772.61 | Total Plan Base: | $26,580.00 |
| Funds on Hand: | $0.00 |  |  |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.