## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | |
| **Donald James Dimmick** : | Case No.: 17-13445 |
| : | **Chapter 13** |
| Debtor(s). : | Judge Patricia M. Mayer |
| : | * * * * * * * * * * * * * * * * * * * * * * * |
| : | |
| : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Nationstar Mortgage LLC** ("Creditor").  Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

17-018302_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-13445** |
| **Donald James Dimmick** : | **Chapter 13** |
| : | **Judge Patricia M. Mayer** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Nationstar Mortgage LLC** : | **Related Document #** |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Donald James Dimmick** : | |
| : | |
| **Scott F. Waterman** : | |
| **Respondents.** : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

- Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

- Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com

- Zachary Zawarski, Attorney for Donald James Dimmick, The Law Office of Zachary Zawarski, 3001 Easton Avenue, Bethlehem, PA 18017, zzawarski@zawarskilaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 12, 2021:

- Donald James Dimmick, 758 Wood Street, Bethlehem, PA 18018

- Donald James Dimmick, 758 Wood St, Bethlehem, PA 18018-4441

DATE: September 12, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC

17-018302_PS

P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

17-018302_PS