Certificate Number: 14424-PAE-DE-036429029

Bankruptcy Case Number: 17-13445



14424-PAE-DE-036429029

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 27, 2022, at 3:35 o'clock PM EDT, Donald Dimmick completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 27, 2022             By:    /s/Edsie Lim

                                  Name:  Edsie Lim

                                  Title: Certified Personal Finance Counselor