United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Donald James Dimmick  
    Debtor

Case No. 17-13445-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: May 24, 2022      Form ID: 138OBJ      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald James Dimmick, 758 Wood Street, Bethlehem, PA 18018-4441 |
| 13919114 | + | Fidelity Creditor Services, 441 N. Varney St., 2nd Floor, Burbank, CA 91502-1733 |
| 13919115 | + | First Data, 265 Broad Hollow Road, Melville, NY 11747-4833 |
| 13919117 | + | KML Law Group, P.C., Suite 500, BNY Mellon Independence Cente, 701 Market Street, Philadelphia, PA 19106-1541 |
| 13919118 | + | Lease Financial Group, 233 N Michigan Ave. Ste. 1, Chicago, IL 60601-5519 |
| 13919121 | | Mercantile Adjustment Bureau, LLC, 165 Lawrence Bell Drive, Ste. 100, Williamsville, NY 14221-7900 |
| 14411950 | | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |
| 13919125 | + | Weber Gallagher, Sarah A. Jarosh, Esq., 2000 Market Street, Ste. 1300, Philadelphia, PA 19103-3204 |
| 14018657 | + | Weber Gallagher Simpson Stapleton Fires Newby,LLP, Sarah A. Jarosh, Esq., 2000 Market Street 13th Floor, Philadelphia, PA 19103-3204 |
| 14018655 | | Weltman Weinberg & Reis Co., Michael J. Dougherty, Esq., 170 S Independence Mall W, Suite 874, Philadelphia, PA 19106-3334 |
| 14079663 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 25 2022 00:02:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 25 2022 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13919109 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 25 2022 00:02:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 13919110 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 25 2022 00:02:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 13919111 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2022 00:10:10 | Capital One, 15000 Capital One Dr., Richmond, VA 23238 |
| 13942151 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2022 00:10:20 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13919112 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2022 00:10:10 | Citibank, NA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13919113 | | Email/Text: mrdiscen@discover.com | May 25 2022 00:02:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 14018654 | | Email/Text: mrdiscen@discover.com | May 25 2022 00:02:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 13924476 | | Email/Text: mrdiscen@discover.com | May 25 2022 00:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13921157 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 17-13445-pmm   Doc 59   Filed 05/26/22   Entered 05/27/22 00:28:46   Desc Imaged
                        Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 25 2022 00:10:16 | First Data Global Leasing, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13919116 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 25 2022 00:02:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 13979162 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 25 2022 00:02:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13957252 | | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2022 00:10:15 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13919119 | | Email/Text: camanagement@mtb.com | May 25 2022 00:02:00 | M & T Bank, One Fountain Plaza, 3rd Floor, Buffalo, NY 14203 |
| 13986164 | | Email/Text: camanagement@mtb.com | May 25 2022 00:02:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 13919121 | ^ | MEBN | May 24 2022 23:59:54 | Mercantile Adjustment Bureau, LLC, 165 Lawrence Bell Drive, Ste. 100, Williamsville, NY 14221-7900 |
| 13919122 | | Email/Text: nsm_bk_notices@mrcooper.com | May 25 2022 00:02:00 | Nationstar Mortgage LLC, 350 Highland Dr., Lewisville, TX 75067 |
| 13957104 | | Email/Text: nsm_bk_notices@mrcooper.com | May 25 2022 00:02:00 | Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741 |
| 13923840 | | Email/Text: amps@manleydeas.com | May 25 2022 00:02:00 | Nationstar Mortgage, LLC, c/o Karina Velter, Esq., P O Box 165028, Columbus, OH 43216-5028 |
| 13988004 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2022 00:10:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13919632 | + | Email/PDF: rmscedi@recoverycorp.com | May 25 2022 00:10:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13919123 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 25 2022 00:02:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Dept., P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13930300 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 25 2022 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13919124 | + | Email/Text: bankruptcy@sw-credit.com | May 25 2022 00:02:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 13919678 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2022 00:10:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14411950 | ^ | MEBN | May 24 2022 23:59:52 | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |
| 13919126 | | Email/Text: BKRMailOps@weltman.com | May 25 2022 00:02:00 | Weltman, Weinberg & Reis Co., LPA, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |
| 13919127 | + | Email/Text: zzawarski@zawarskilaw.com | May 25 2022 00:02:00 | Zachary Zawarski, Esq., 1441 Linden Street, Bethlehem, PA 18018-2606 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13923891 | | M&T Bank - PO Box 1508 Buffalo, NY 14240 |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

| 13919120 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, Manufacturers and Traders Trust Co., 475 Crosspoint Parkway, Getzville, NY 14068 |
| 14018656 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, Manufacturers and Traders Trust Co., 475 Crosspoint Parkway, Getzville, NY 14068 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 26, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| JIM PEAVLER | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us RA-occbankruptcy6@state.pa.us |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY ZAWARSKI | on behalf of Debtor Donald James Dimmick zzawarski@zawarskilaw.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Donald James Dimmick

      Debtor(s)                                        Case No: 17−13445−pmm

                                                                          Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            United States Bankruptcy Court
                       Office of the Clerk, Gateway Building
                            201 Penn Street, 1st Floor
                                 Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/24/22